Kenneth P. Dobson, OSB No. 002435
landlaw.oregon@gmail.com
Attorney at Law
0324 Abernethy Street
Portland, OR 97239
(503) 684-8198
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| VIRGINIA IBARRA, | Case No. 6:17-cv-00067-MC |
| Plaintiff, | NOTICE OF SETTLEMENT |
| v. | |
| CAPITAL ONE BANK, | |
| Defendant. | |

NOW COMES Plaintiff, VIRGINIA IBARRA ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

Dated: August 18, 2017        LAW OFFICE OF KENNETH P DOBSON

/s/ Kenneth P. Dobson
Kenneth P Dobson
Attorney for Plaintiff,
VIRGINIA IBARRA

pg. 1 – NOTICE OF SETTLEMENT

Kenneth P. Dobson, OSB No. 002435
landlaw.oregon@gmail.com
Attorney at Law
0324 Abernethy Street
Portland, OR 97239
(503) 684-8198
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2017, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System.

                    By:    /s/ Kenneth P. Dobson
                              Kenneth P. Dobson
                              Attorney for Plaintiff

pg. 2 – NOTICE OF SETTLEMENT