Kenneth P. Dobson, OSB No. 002435
landlaw.oregon@gmail.com
Attorney at Law
0324 Abernethy Street
Portland, OR 97239
(503) 684-8198
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| VIRGINIA IBARRA, | Case No. 6:17-cv-00067-MC |
| Plaintiff, | NOTICE OF SETTLEMENT |
| v. | |
| CAPITAL ONE BANK, | |
| Defendant. | |

NOW COMES Plaintiff, VIRGINIA IBARRA ("Plaintiff"), by and through her attorney, and pursuant to Local Rule 41-1(a), notifies the Honorable Court that Plaintiff and Defendant, CAPITAL ONE BANK, ("Defendant") reached a settlement agreement in this matter and request this case be dismissed with prejudice.

Respectfully submitted,

Dated: October 9, 2017

/s/Kenneth P. Dobson
Kenneth P. Dobson, OSB No. 002435
Attorney at Law
0324 S.W. Abernethy Street
Portland, Oregon 97239
Tel: (971) 717-6582
landlaw.oregon@gmail.com
Attorney for Plaintiff

pg. 1 – NOTICE OF SETTLEMENT